**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CHRISTOPHER G. HURN and JULREI ENTERPRISES LLC, | ) ) ) |
| Plaintiffs, | ) ) Civil Action No.: 1:25-cv-06840- |
| v. | ) MLB ) ) |
| COMMUNITY BANKSHARES, INC., COMMUNITY BANK & TRUST – WEST GEORGIA, PHOENIX LENDER SERVICES, LLC, and THOMAS FINANCIAL GROUP, INC., | ) ) ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' MOTION TO DISMISS**

Defendants Community Bankshares, Inc. ("CBI"), Community Bank & Trust – West Georgia ("CBT"), Phoenix Lender Services, LLC ("Phoenix"), and Thomas Financial Group, Inc. ("TFG") (collectively, "Defendants"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby file this Motion to Dismiss Plaintiffs' Amended Complaint, stating as follows:

1.    On November 25, 2025, Plaintiffs filed their Verified Complaint against Defendants (the "Complaint").

2.    Defendants timely responded to the Complaint by filing a Motion to Dismiss the Complaint on March 17, 2026.

3.     On March 31, 2026, Plaintiffs filed their Verified Amended Complaint against Defendants (the "Amended Complaint"), now the operative complaint in this matter.

4.     The Amended Complaint asserts causes of action for:

     a.     Breach of Contract and the Implied Covenant of Good Faith and Fair Dealing, against CBI and Phoenix.

     b.     Breach of Contract and the Implied Covenant of Good Faith and Fair Dealing, against CBI.

     c.     Fraudulent Inducement, against all Defendants.

     d.     Negligent Misrepresentation, against all Defendants.

     e.     Unjust Enrichment, against all Defendants.

     f.     Quantum Meruit, against all Defendants.

     g.     Constructive Trust, against CBI and Phoenix.

     h.     Punitive Damages, against all Defendants.

5.     Several of Plaintiffs' claims are defective as a matter of law and do not state a cause of action upon which relief can be granted. Accordingly, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants move this Court to dismiss those claims for failure to state valid causes of action.

6.    Specifically, and for the reasons set forth in Defendants' accompanying Brief in Support of Motion to Dismiss, Defendants request that this Court dismiss the following claims:

- Count I, as to any claims based on the Consulting Agreement;

- Count III, as to Phoenix and CB&T;

- Count IV, as to Phoenix and CB&T;

- Count V, as to Phoenix, CBI, and CB&T; and

- Count VI, as to Phoenix, CBI, and CB&T.

WHEREFORE, and for the reasons set forth in Defendants' accompanying Brief in Support of Motion to Dismiss, Defendants request that their Motion to Dismiss be granted and the specified claims be dismissed with prejudice. Respectfully submitted this 30th day of April 2026.

/s/    *John S. Gibbs III*
John S. Gibbs III
GA Bar No. 154250
evan.gibbs@troutman.com
Grace M. Goodheart
GA Bar No. 689828
grace.goodheart@troutman.com

TROUTMAN PEPPER LOCKE LLP
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
Tel: (404) 885-3093
Fax: (404) 885-3900

*Counsel for Defendants*

3

## **CERTIFICATION OF COMPLIANCE**

I hereby certify that the foregoing has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

/s/    *John S. Gibbs III*
John S. Gibbs III
Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed on April 30, 2026, using the PACER e-filing system, which will serve a copy on all counsel of record.

/s/    *John S. Gibbs III*
John S. Gibbs III
Counsel for Defendants

4